IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILHY HARPO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 111-189 |
| | ) |
| RONALD STRENGTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to Loc. R. 11.1 and 41.1(c), this case is **DISMISSED** without prejudice because Plaintiff failed to notify the Court of a change of address. This civil action is **CLOSED**.

SO ORDERED this 22nd day of March, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA